UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CHARLOTTE THOMAS,                     Civil Action No.: 12 CV 2854

                      Plaintiff,         **NOTICE TO TAKE**
                                         **EXAMINATION**
    - against -                         **BEFORE TRIAL**

COACH USA TOUR INC. and
TWIN AMERICA, LLC.,

                      Defendants.
------------------------------------------------------------------x

**TO: PLAINTIFF**

      **PLEASE TAKE NOTICE**, that pursuant to the CPLR Section 3101 et seq., the undersigned will take on behalf of the Defendants, on the **23rd day of July, 2012, at 10:00 A.M.**, in the forenoon of that date, at the offices of the undersigned, the oral examination of PLAINTIFF, and the same will continue from day to day until completed, concerning all of the relevant facts and circumstances in connection with this litigation. Said Defendants shall reserve the right to use electronic audio and visual means to record said examinations in conjunction with or instead of stenographic recordings pursuant to applicable Court rules.

      **PLEASE TAKE FURTHER NOTICE**, that at the time of the taking of the testimony, the aforesaid parties are required to produce any and all documents, reports, and/or records which may be used by the parties and parties' witnesses so testifying to refresh their recollection as to the matters hereinabove set forth.

Dated: New York, New York
       April 23, 2012

Respectfully submitted,

GALLO VITUCCI KLAR LLP

By: _____
HEATHER C. RAGONE, ESQ. (8757)
*Counsel for Defendants*
90 Broad Street, 3rd Floor
New York, New York 10004
(212) 683-7100
File: CHC-2012-7

TO:

CRAIG CARSON, ESQ.
*Attorneys for Plaintiff*
95 Wyndshire Lane
Rochester, New York 14626

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      The undersigned being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years and resides in the County of Kings. That on the 30th day of April, 2012, she served the within **NOTICE TO TAKE EXAMINATION BEFORE TRIAL** upon:

CRAIG CARSON, ESQ.
*Attorneys for Plaintiff*
95 Wyndshire Lane
Rochester, New York 14626

by depositing a true copy of same securely enclosed in a post paid wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Claudette Fraser

Sworn to before me this
30th day of April, 2012

_____
Notary Public

**Daniel Mevorach**
**Notary Public, State of New York**
**No. 02ME6163187**
**Qualified in Nassau County**
**Commission Expires March 19, 20_15_**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          Civil Action No.: 12 CV 2854

CHARLOTTE THOMAS,

                Plaintiff,

- against -

COACH USA TOUR INC. and
TWIN AMERICA, LLC.,

                Defendants.

**NOTICE TO TAKE EXAMINATION BEFORE TRIAL**

GALLO VITUCCI KLAR LLP
*Attorneys for Defendants*
*COACH USA TOUR INC. and TWIN AMERICA, LLC.*
90 Broad Street, 3rd Floor
New York, New York 10004
Tel: (212) 683-7100
Fax: (212) 683-5555
File No.: CHC-2012-7