**TERRENCE CAIN**
ATTORNEY AT LAW
208 BROWN STREET
LITTLE ROCK, ARKANSAS 72205-5841
TELEPHONE (501) 664-7512
FACSIMILE (501) 664-6013
terrencecain@windstream.net

May 17, 2012

FedEx Tracking Number 8756 9679 7060

Ruby J. Krajick
Clerk of Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RE:   *Thomas v. Coach USA Tour, Inc.*
      United States District Court
      Southern District of New York
      Case Number 1:12-cv-02854-NRB

Dear Clerk Krajick:

  Enclosed please find a check payable to your office in the amount of $200, a motion for admission pro hac vice, a certificate of good standing from the Supreme Court of Arkansas that has been issued within the past thirty days, and a proposed order granting the motion. Please contact me if you have any questions. Thank you.

               Respectfully,

               *[signature]*

               Terrence Cain

TC
Enclosures

Cc Charlotte Thomas (First Class United States Mail)
  Heather C. Ragone (FedEx Tracking Number 8001 0921 1038)
  Craig Carson (FedEx Tracking Number 8001 0921 1049)
  John W. Walker (jspringer@gabrielmail.com)

```
TERRENCE CAIN                         81-54/820           117
208 BROWN ST.
LITTLE ROCK, AR  72205-5841
                                    DATE  MAY 17 2012

PAY TO THE
ORDER OF  CLERK, USDC, SDNY                         $ 200.00

TWO HUNDRED AND 00/100                              DOLLARS

US bank.  All of us serving you®
                              Terrell Cain
MEMO  1:12-CV-02854-NRB

⑈082000549⑈ 151802740648⑈0117
```

**United States District Court**
**Southern District of New York**

---

**Charlotte Thomas,**

        **Plaintiff,**

   - against -                   12 Civ. 2854 (NRB) ECF CASE

**Coach USA Tour Inc. and**        Motion for Admission
**Twin America, LLC,**                Pro Hac Vice

        **Defendants.**

---

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Terrence Cain, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Charlotte Thomas in the above captioned action.

I am in good standing of the bar of the State of Arkansas, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 17, 2012

                                                        Respectfully submitted,

                                                        */s/ Terrence Cain*
                                                        Terrence Cain
                                                        Attorney at Law
                                                        208 Brown Street
                                                        Little Rock, Arkansas 72205-5841
                                                        Telephone (501) 664-7512
                                                        Facsimile (501) 664-6013
                                                       E-Mail terrencecain@windstream.net

## Certificate of Service

Terrence Cain, an attorney for the Plaintiff, Charlotte Thomas, certifies that he served the foregoing MOTION FOR ADMISSION PRO HAC VICE on May 17, 2012 by dispatch to a third party commercial carrier for overnight delivery to:

Heather C. Ragone
Gallo Vitucci Klar LLP
Counsel for the Defendants
90 Broad Street, Third Floor
New York, New York 10004-3342

Craig Carson
Attorney for the Plaintiff
95 Wyndshire Lane
Rochester, New York 14626-1622

*Terrence Cain*
Terrence Cain

*Supreme Court*
# State of Arkansas
*Little Rock*

# CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

    I, Leslie W. Steen, Clerk of the Supreme Court of Arkansas, do hereby certify that Terrence Cain was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on September 7, 1999; that no disbarment proceedings have been filed against him in this court, that he has not had any adverse disciplinary action whatsoever during the past three year period, and that his private and professional character appear to be good.

                      In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this 17th day of May, 2012.

LESLIE W. STEEN
(CLERK SUPREME COURT OF ARKANSAS)

By *Bobby Jackson*
Deputy Clerk

**United States District Court**
**Southern District of New York**

---

**Charlotte Thomas,**

       **Plaintiff,**

    - against -                  12 Civ. 2854 (NRB) ECF CASE

**Coach USA Tour Inc. and**         Order for Admission
**Twin America, LLC,**               Pro Hac Vice

       **Defendants.**

---

The motion of Terrence Cain for admission to practice Pro Hac Vice in the above captioned action is granted.

The Applicant has declared that he is a member in good standing of the bar of the State of Arkansas, and this his contact information is as follows:

    Terrence Cain
    Attorney at Law
    208 Brown Street
    Little Rock, Arkansas 72205-5841
    Telephone (501) 664-7512
    Facsimile (501) 664-6013

The Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Charlotte Thomas in the above entitled action;

**It is hereby ordered** that the Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

2

counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD</u>.

Dated:

_____
Naomi Reice Buchwald
United States District Judge
