United States District Court
Southern District of New York

---

Charlotte Thomas,

        Plaintiff,

- against -

Coach USA Tour Inc. and
Twin America, LLC,

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2012

12 Civ. 2854 (NRB)

Order for Admission
Pro Hac Vice

    The motion of Terrence Cain for admission to practice Pro Hac Vice in the above captioned action is granted.

    The Applicant has declared that he is a member in good standing of the bar of the State of Arkansas, and this his contact information is as follows:

    Terrence Cain
    Attorney at Law
    208 Brown Street
    Little Rock, Arkansas 72205-5841
    Telephone (501) 664-7512
    Facsimile (501) 664-6013

    The Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Charlotte Thomas in the above entitled action;

    **It is hereby ordered** that the Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD</u>.

Dated: May 25, 2012

*/s/ Naomi Reice Buchwald*
Naomi Reice Buchwald
United States District Judge